```
                                          FILED IN THE
                                       U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF WASHINGTON

                                         Dec 08, 2025
                                         SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER R. LOGSDON, an individual, | No. 1:25-CV-03031-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | **ECF No. 37** |
| PROGRESSIVE COMMERCIAL CASUALTY COMPANY and UNITED FINANCIAL CASUALTY COMPANY, | |
| Defendant. | |

Before the Court is the parties' Stipulation and Proposed Order of Dismissal, ECF No. 37. The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees. *Id.* at 1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulation and Proposed Order of Dismissal is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1. The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 37**, is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED December 8, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2